John W. Shaw [State Bar No. 82802]
jshaw@stl-lawoffices.com
Christopher M. McDonald [State Bar No. 198093]
cmcdonald@stl-lawoffices.com
SHAW, TERHAR & LaMONTAGNE, LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
Telephone:  (213) 614-0400
Facsimile:  (213) 629-4534

Attorneys for Defendant
HOMEDICS-U.S.A., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> HOMEDICS-U.S.A., INC.; and DOES 1 to 30, inclusive, <br><br> Defendants. | Case No. 2:05CV01160-DFL-GGH <br><br> **STIPULATION TO CONTINUE EXPERT WITNESS DESIGNATION DATE AND SUPPLEMENTAL EXPERT WITNESS DESIGNATION DATE; ORDER** <br><br> Complaint Filed: April 28, 2005 |

The parties, by and through their respective counsel of record, hereby stipulate to continue the Expert Witness Designation Date from Friday, April 7, 2006, to Friday, May 5, 2006, and the Supplemental Expert Witness Designation Date from Friday, April 21, 2006, to Friday, May 19, 2006.

This Stipulation may be executed and submitted to the court in counterparts and a faxed copy of any and all necessary signature pages to this Stipulation may be submitted to the court in lieu of the originals.

The following good cause exists for the granting of this Stipulation by the court:

1.    This is a subrogation action filed by plaintiff USAA Casualty Insurance Company ("USAA") seeking recovery of the $366,903.96 it paid its homeowner/insured, James Sedlar, for damage resulting from a fire at a four unit apartment structure he owned in Sacramento, California on Monday, November 8, 2004. The Complaint alleges that Mr. Sedlar purchased a HoMedics Shiatsu Massaging Cushion, Model Number SBM 200 ("Massage Cushion"), from a Costco Wholesale warehouse in Sacramento on Saturday, November 6, 2004, and that the Massage Cushion allegedly caused the fire after being used on November 8, 2004.

2.    USAA retained a fire causation expert witness, John D. Ford, to investigate the cause of the fire from which the present action arose. While conducting his investigation, Mr. Ford took possession from Mr. Sedlar, among other items, the remains of the Massage Cushion.

4.    HoMedics-U.S.A., Inc. requested via written discovery the production of, among other items, the remains of the Massage Cushion. However, USAA has confirmed that Mr. Ford, sometime between taking possession of the Massage Cushion and HoMedics-U.S.A., Inc.'s request for the Massage Cushion, lost the Massage Cushion.

6.    In light of Mr. Ford having lost the Massage Cushion, the parties are preparing a Stipulated Judgment setting forth the aforementioned facts that the parties intend to file with the court within the next two weeks that would result in the conclusion of this matter.

///
///
///
///
///
///
///

7.  The parties wish to avoid incurring the unnecessary costs associated with preparing expert witness declarations prior to the Expert Witness Designation and the Supplemental Expert Witness Designation while they prepare for filing with the court the aforementioned Stipulated Judgment.

DATE: March 23 , 2006                SHAW, TERHAR & LaMONTAGNE LLP

                                     By:   /s/ Christopher M. McDonald

                                     JOHN W. SHAW
                                     CHRISTOPHER M. McDONALD
                                     Attorneys for Defendant,
                                     HOMEDICS-U.S.A., INC.

DATE: March 23, 2006                 LAW OFFICES OF JEFFREY E. KARPEL

                                     By:   /s/ Jeffrey E. Karpel

                                     JEFFREY E. KARPEL
                                     Attorneys for Plaintiff,
                                     USAA CASUALTY INSURANCE COMPANY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

DATE: March 30, 2006

                                     _____
                                     DAVID F. LEVI
                                     United States District Judge

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

3
STIPULATION AND [PROPOSED] ORDER